*Ward* and *Mr. Austen G. Fox* for petitioners. *Mr. William G. Wilson* for respondents.

---

No. 737. NORTH CHICAGO STREET RAILROAD COMPANY ET AL., PETITIONERS, *v.* CHICAGO CONSOLIDATED TRACTION COMPANY ET AL; and No. 738, WEST CHICAGO STREET RAILROAD COMPANY ET AL., PETITIONERS, *v.* CHICAGO CONSOLIDATED TRACTION COMPANY ET AL. May 27, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry S. Robbins* for petitioners. *Mr. James F. Meagher, Mr. Nathaniel C. Sears, Mr. Clarence A. Knight* and *Mr. A. J. Hopkins* for respondents.

---

No. 740. THE AMERICAN NEWS COMPANY, PETITIONER, *v.* THE UNITED STATES. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Albert H. Washburn.* for petitioner. *The Attorney General* and *The Solicitor General* for respondent..

---

No. 744. OXFORD AND COAST LINE RAILROAD COMPANY, PETITIONER, *v.* UNION BANK OF RICHMOND, VA. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Thomas B. Womack* for petitioner. *Mr. William L. Royall* for respondent.

---

No. 745. STANLEY FRANCIS, PETITIONER, *v.* THE UNITED STATES. May 27, 1907. Petition for a writ of certiorari to